UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-20670-MGC

WINDY LUCIUS,

    Plaintiff,

v.

RAW2O, LLC d/b/a RAW JUCE,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff WINDY LUCIUS ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant RAW2O, LLC d/b/a RAW JUCE ("Defendant") to resolve the claims against it.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court within sixty (60) days.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

    Respectfully submitted,

    */s/ J. Courtney Cunningham*
    J. Courtney Cunningham, Esq.
    J. COURTNEY CUNNINGHAM, PLLC
    FBN: 628166
    8950 SW 74th Court, Suite 2201
    Miami, FL 33156
    T:  305-351-2014
    cc@cunninghampllc.com