UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-20670-MGC

WINDY LUCIUS,

    Plaintiff,

v.

RAW2O, LLC d/b/a RAW JUCE,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, WINDY LUCIUS, and Defendant, RAW2O, LLC d/b/a RAW JUCE, having entered into a confidential settlement and release agreement, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 3, 2020

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Justin C. Sorel* |
| J. Courtney Cunningham, Esq. | Justin C. Sorel, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | COLE, SCOTT & KISSANE, P.A. |
| FBN: 628166 | FBN: 0016256 |
| 8950 SW 74th Court | Esperante Building |
| Suite 2201 | 222 Lakeview Avenue, Suite 120 |
| Miami, Florida 33156 | West Palm Beach, FL 33401 |
| T: 305-351-2014 | T: 561-383-9229 |
| cc@cunninghampllc.com | jusitin.sorel@csklegal.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on August 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                */s/ J. Courtney Cunningham*
                J. Courtney Cunningham, Esq.